AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

The residence of Alan T. Schack and Jensen P. Schack located at 523 County Road 16, Plymouth, NY 13832 as more fully described in attachment A

)
)
)
)
)
)

Case No. 3:18-mj-117(ATB)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Items described in attachment B

located in the _____Northern_____ District of _____New York_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Threats via interstate communications |
| 18 USC § 922(g)(3) | Drug user in possession of firearms and ammunition |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joel G. Mercer, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 5, 2018

*Judge's signature*

City and state: Syracuse, New York

Hon. Andrew T. Baxter, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

The residence of Alan T. Schack and Jensen P. Schack, located at 523 County Road 16 Plymouth,, Town of Plymouth, Chenango County, New York, further located and described as follows: The sixth residence on the left hand side of County Road 16 as you travel North from the intersection of Pike Hill Road. A grayish/tan vinyl residence with blue shutters and shite trim. There is the number of "523" affixed to the front of the residence and to the left of the front door. The residence is a modular ranch style home. There is a wooden framed deck on the front of the residence that wraps around to the north side of said residence. The driveway is gravel that leads to the residence.

# ATTACHMENT B

1. Controlled Substances, including but not limited to marijuana, marijuana residue.

2. Drug paraphernalia including but not limited to materials for the possession, use, storage, ingestion, and processing controlled substances.

3. Rolling papers for the use of controlled substances, including but not limited to, marijuana

4. Grinders or sifters for processing controlled substances

5. Pipes for ingesting controlled substances

6. Records in any form, relating to or reflecting the purchase, sale, transfer or distribution of controlled substances

7. Shell casings for 5.56 Nato rifle ammunition

<u>AFFIDAVIDT IN SUPPORT OF AN</u>
<u>APPLICATION FOR SEIZURE AND SEARCH WARRANT</u>

JOEL G. MERCER, being duly sworn, deposes and states:

## **INTRODUCTION**

1.      I am a Special Agent of the United States Department of

Justice, Federal Bureau of Investigation ("FBI"), and I am empowered by law to investigate and

make arrests for offenses enumerated in Title 18, United States Code, Section 2516.  As such, I

am an "investigative or law enforcement officer", within the meaning of Title 18, United States

Code, Section 2510(7).

2.      I have been employed as a Special Agent of the FBI since February 1997 and am

currently assigned to the Albany Division, Ithaca Resident Agency.  While employed by the FBI,

I have investigated Federal criminal violations related to cybercrime, child exploitation, child

pornography, complex financial crimes, violent crime, and drug offenses.  I have gained

experience through training by the FBI and everyday work relating to conducting these types of

investigations.  I have applied for and participated in the execution of several federal search

warrants in numerous and varied types of investigations.

3.      On Friday March 2, 2018 the Cortland County Sheriff's Department became

involved in an investigation concerning a report that Jensen Schack, age 19,  had posted a video

and photos on his Snapchat[1] account that included his father shooting a semiautomatic rifle the

---

[1] "Snapchat" is an internet application that allows the user of the account to distribute posts, videos and photos
through social media. One feature of Snapchat is that items posted via this application self-erase after a relatively
short period of time.

caption, "Cortland Highschool watch out," and photos with the captions, "Want to come take our guns? You better bring yours" and "that snap was a joke please don't send the cops to my house." These three snap chat photos are exhibit 4. This information and additional information were used to obtain a search warrant from Cortland County Court for the residence of Jensen Schack in Chenango County. Jensen Schack is a 2016 graduate of Cortland High School.

4.      On Saturday March 3, 2018 members of the Cortland County, Madison County, and Chenango County Sheriff's Departments executed a search warrant issued by Cortland County Court Judge David C. Alexander on March 2, 2018 based upon sworn affidavits. The search warrant, search warrant application, and attached affidavits are attached here as exhibit 1. This Cortland County Court search warrant authorized the search of the residence described therein, which is the same as the location described herein in this search warrant application in attachment A.  The Cortland County Court search warrant authorized a search for firearms and related items set forth therein related to alleged terroristic threats in violation of New York State Law and the illegal possession of a firearm under New York State law. In the course of executing the NYS search warrant, the Sheriffs deputies seized a Hyperion Arms and Ammo Model HCA-15 Multi, Semi-automatic AR Style Rifle, Caliber 5.56 NATO, serial number HA 100034 which appears to have been manufactured or altered in Danville, NY,  as well as  on partial box of Federal 5.56 x 45 mm, 55 grain FMJ ball ammunition containing 380 live rounds. The rifle was found in a gun rack in the residence living room. The ammunition was seized from the basement of the residence. Other items seized are included in Exhibit 2, Cortland County Sheriff's Office Evidence Work Sheet.  An interview of the defendant's father, Alan T. Schack revealed that he purchased the rifle and ammunition on March 1, 2018.

5.      During the execution of the search warrant it was learned that the residents included Alan T. Schack, the father of Jensen Schack, Elizabeth Melville, the partner of the Alan T. Schack and two minor children.

6.      During the execution of the Cortland County Court Search Warrant, Deputies located a room used by Jensen Schack as his bedroom on the first floor adjacent to the living room. A search of this bedroom located several items of drug paraphernalia including pipes that could be used for smoking or ingesting controlled substances, rolling papers that could be used for smoking or ingesting controlled substances, and papers which appear to contain the residue of marijuana or some other organic substance which could be a controlled substance. A photograph of some of these items are attached hereto as exhibit 3. These items were not seized as they were not listed in the Cortland County Court search warrant. At the conclusion of the execution of the Cortland County Court search warrant, the drug paraphernalia items were left where they were found. A deputy Sheriff from Chenango County Sheriff's Office is currently (March 5, 2018) at the residence to ensure that these items are not moved or destroyed pending the anticipated issuance of the requested federal search warrant.

7.      I have consulted with U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agent Louis J. Safiotti is, who is an expert in the interstate nexus of firearms and ammunition, who has advised me that the ammunition seized  during the execution of the Cortland County Court search warrant, consisting of partial box of Federal 5.56 x 45 mm, 55 grain FMJ ball ammunition containing 380 live rounds was not manufactured in New York State and therefore affected interstate commerce.

8.      Following the execution of the Cortland County Court Search warrant, Jensen Schack was arrested and charged with the New York State felony offense of Making a

Terroristic Threat, in violation of New York State Penal Law Section 490.20. He was taken at the Cortland County Sheriff's Department, where he was advised of his Miranda rights, which he waived knowingly and voluntarily. During this interview, which was recorded in video and audio, Jensen Schack admitted that he had posted the images and writings issued via Snapchat. He also admitted that he had fired the Hyperion Arms and Ammo Model HCA-15 Multi, Semi-automatic AR Style Rifle, Caliber 5.56 NATO, serial number HA 100034 at least once. During the course of the interview, he claimed that the posts were the result of his dark sense of humor and were a joke. He was arraigned at 12 noon on Saturday March 3, 2018 in Cortland City Court. Today he again appeared in Cortland City Court and was assigned defense counsel. Upon the motion of Cortland County District Attorney, and with the consent of defense counsel, he is currently the subject of a mental competency exam pursuant to New York Criminal Procedure Law Section 730 examination for fitness to proceed. His bail has been set at $100,000.00 cash or bond and his next court appearance is scheduled for Friday March 9, 2018.

   9.  I request that the court issue the requested federal search warrant so that items of evidence, set forth in attachment B, and were not seized during the execution of the Cortland County Search warrant may be seized for possible use in the prosecution of Jensen Schack for possible violations of federal law. His posts via Snapchat could constitute a possible violation of 18 USC Section 875(c), Threats via Interstate Communications. The drugs parapehanlia referenced herein could constitute evidence that could be establish an element of a drug user in possession of ammunition in violation of 18 USC Section 922(g)(3).

10.     Based upon the foregoing, I request that the Court issue the requested search warrant so that the items of evidence set forth in Attachment B may be recovered and preserved.

Joel Mercer
Special Agent
Federal Bureau of Investigation

Sworn to before me this
5th day of March 2018

Hon. Andrew T. Baxter
U.S. Magistrate Judge

# EXHIBIT 1

STATE OF NEW YORK :: COUNTY OF CORTLAND
COUNTY COURT        ::

---

IN THE MATTER OF

AN APPLICATION BY LT. TODD CAUFIELD,
OF THE CORTLAND COUNTY SHERIFF'S OFFICE
PURSUANT TO ARTICLE 690 OF THE
CRIMINAL PROCEDURE LAW OF THE STATE OF
NEW YORK, FOR A SEARCH WARRANT AUTHORIZING
THE SEARCH OF A CERTAIN PREMISE AND THE SEIZURE
OF CERTAIN PROPERTY

***APPLICATION FOR
SEARCH WARANT***

---

STATE OF NEW YORK    }
                     }        *ss*:
COUNTY OF CORTLAND}

I, Lt. Todd Caufield, being duly sworn, deposes and says:

1) That your deponent has been a police officer for the Cortland County Sheriff's Office for 31 years, and presently is employed as a County Police Lieutenant assigned to the Criminal Investigation Division

2) That, as is more particularly set forth herein, deponent believes that there is reasonable cause to believe that property of a kind and character specified in section 690.10 of the Criminal Procedure Law and listed herein, may be found in or upon designated or described place, vehicle and/or persons, that is the subject of this application and outlined as follows:

PROPERTY UNLAWFULLY POSSESSED; to wit; cell phone of Jensen P. Schack, rifles, ammunition magazines, ammunition possessed in violation of the New York State Penal Law Sections 400 subdivision 16(a) and 265.01 subdivision-b.

may be presently found at the following location:

The residence of ███ ███ and Jensen P. Schack, located at ███ ███ █ Plymouth, ███ ███ ███, New York, further located and described as follows: the sixth residence on the left hand side of ███ █ as you travel North from the intersection of ███ ███ ███. A grayish/tan vinyl sided residence with blue shutters and white trim. There is the number of ███ " affixed to the front of the residence and to the left of the front door. The residence is a modular ranch style home. There is a wooden framed deck on the front of the residence that wraps around to the north side of said residence. The driveway is gravel that leads to the residence.

1

Search Warrant Application – continued
Application of Lt. Todd Caufield
Page 02

3) The source of your deponent's information and the grounds for his belief are as follows:

a) Your deponent has been a member of the Cortland County Sheriff's Office for approximately 31 years and has learned through investigative techniques, such as interviewing victims, witnesses, and suspects, vital information can be learned pertaining to the facts surrounding an incident, including the location of evidence. Your deponent's primary duties as an Investigator have been to investigate major/serious crimes and offenses, interview persons, make arrests among other duties. That your deponent has been involved in numerous investigations involving weapons offenses. That your deponent has been involved in the application and execution of several search warrants in his career. Your deponent makes application to a Cortland County Judge to authorize a search of a premisis/residence located in the Town of Plymouth, Chenango County, New York, which is an adjoining county to Cortland County.

b) On March 2nd, 2018 your deponent, while employed by the Cortland County Sheriff's Office investigated a report of a potential terroristic threat that was made through social media towards the Cortland City School District, specifically the Cortland High School. Your deponent met with a citizen at the Cortland County Sheriff's Office who wanted to remain anonymous, however she was willing to give a written statement. The citizen stated that she had received earlier in the day (3/2/18) a "Snap Chat" posting from a subject she knows as Jensen Schack. The citizen has known Jensen Schack for about 4 years and got to know him through a mutual friend. The citizen volunteered the "Snap Chat" posting that she received with your deponent. The posting had a video and 3 separate attached photos. The video shows a white male who is unknown to the citizen, standing in dark pants, orange colored sweatshirt and shooting an assault type rifle, which in the video fired off several rounds in just a couple of seconds. There was a caption in the video that red "Cortland High School watch out". The first photo showed what appears to be the same assault rifle placed in a gun case with the caption in the photo "wanna come take my guns? You better bring yours. In the second photo it reflects a male subject who was identified by the citizen as Jensen Schack with a caption "that snap was a joke please don't send the cops to my house". The third photo was a subject identified as Jensen Schack holding a young male on his lap with a caption that reads "mini me".
    The citizen(s) that gave the written statement to your deponent wishes to remain anonymous for the fear of reprisals.

c) On March 2nd, 2018 Your deponent did an inquiry on Jensen P. Schack with a ███ ██ █ and found Jensen to have an address of █████ ████ ███ ████ ████

d) On March 2nd, 2018 I, along with Sgt. Mark Beers also of the Cortland County Sheriff's Office traveled to ██████████ t Circle in the Town of Cortlandville, County of Cortland New York to try and locate Jensen P. Schack to interview him about the posted threat towards the Cortland

Search Warrant Application – continued
Application of Lt. Todd Caufield
Page 03

High School. When we arrived we met with Jensen Schack's mother ▮▮▮▮▮ with a date of birth of ▮▮▮▮▮. ▮▮▮▮▮ advised us that her son Jensen did not reside with her and that he is now living with his father, ▮▮▮▮▮ with a date of birth of ▮▮▮ in Plymouth, County of Chenango, New York. I asked ▮▮▮▮ if she would be willing to continue our interview at your deponents office where we could discuss this information further. ▮▮▮▮▮ agreed to come directly to the Cortland County Sheriff's Office for the interview.

e) March 2nd, 2018 Your deponent met with ▮▮▮▮▮ ▮ ▮▮▮ at the Cortland County Sheriff's Office. ▮▮▮▮ was able to provide information about ▮▮ ▮▮▮▮ who used to married to ▮▮▮ and that Jensen Schack is both ▮▮▮▮ and ▮▮ ▮▮▮ biological son. ▮▮▮ was able to describe the residence and provide an address for ▮▮ and Jensen Schack, which is ▮▮▮▮▮ ▮ Town of Plymouth, ▮▮▮▮ ▮▮▮. ▮ stated that she has witnessed ▮▮ ▮▮▮ possessing guns and even marijuana while they were together as a couple. ▮▮▮▮ was shown a photo by your deponent of the aforesaid mentioned subject in paragraph "b" with dark colored pants, orange colored sweatshirt holding an assault rifle. ▮▮ ▮▮▮▮ identified that male subject as her ex-husband ▮▮▮▮ ▮▮▮, date of birth ▮ ▮▮▮▮ also stated that the photo is that of the back yard of ▮▮▮▮ ▮ ▮▮ Town of Plymouth, ▮▮▮▮▮▮. ▮▮▮▮ indicated that she did not know ▮ to possess any handguns, however she knows that he has long guns and keeps them in a gun safe and gun cabinet.

f) March 2nd, 2018 Your deponent with the assistance of Sgt. John Gallagher, also a member of the Cortland County Sheriff's Office ran an inquiry through the New York State eJustice Portal to verify if ▮▮▮▮ has ever registered an assault rifle as required through the New York State registry safe act. The inquiry reflected that ▮▮▮ ▮▮▮ has never registered any guns as required by New York State.

g) March 2nd, 2018 Your deponent ran a Criminal History inquiry through New York State eJustice Portal on ▮▮▮ ▮▮▮ date of birth ▮▮▮▮ Such inquiry reflects that ▮▮▮ ▮▮ has 2 total arrests with 1 misdemeanor conviction and 1 other conviction. It also reflects that ▮ ▮▮▮ does not possess a New York State Pistol Permit.

h) March 2nd, 2018 Sgt. John Gallagher submitted an inquiry to the New York State Intelligence Center in Albany to verify if ▮▮▮▮▮ ▮▮▮▮ had registered any weapons with New York State. Such check revealed that ▮▮▮ ▮▮ had not registered any weapons.

i) March 2nd, 2018 a representative of the Cortland City School District were notified and made aware that one their recent graduates had posted a threat of potential violence against the school.

4) The allegations of fact are based upon direct knowledge of your deponent and upon

3

Search Warrant Application – continued
Application of Lt. Todd Caufield
Page 04

information and belief, the sources of such information and grounds for belief being
supported by the following attachments:

a) a copy of a supporting deposition from the citizen who wishes to remain anonymous, dated
   . March 2nd, 2018.
b) a copy of a supporting deposition from ████████ █ █████, dated March 2nd, 2018
c) a copy of a New York State eJustice Assault Weapon Registration Inquiry, dated March 2nd,
   2018.
d) a copy of a Repository Inquiry of ████████████████ ████ 6/28/1968 reflecting an
   address of ███ ████, █ ██ Plymouth New York, dated March 2  , 2018
e) a copy of a photo reflecting a subject identified as ████ █████, date of birth ████████
   wearing a orange sweatshirt, dark pants and holding an assault type rifle, with the caption
   "Cortland high school watch out.
f) A copy of a photo reflecting an assault rifle in a case with the caption "wanna come take my
   guns? You better bring yours"
g) A copy of a photo reflecting Jensen P. Schack and a caption that reads "that snap was a joke
   please don't send the cops to my house"
h) A copy of a photo captured from the Facebook page of ████ █████ reflecting the front of
   ██ █████ ██ ██, Plymouth, ██████ ████ ██, New York.

5) That deponent makes further application that the court direct the search of premises at any
   time of the day or night on the grounds that there is reasonable cause to believe that if the
   property sought is not seized forthwith it will be lost or destroyed; to wit; that it is past the
   hours of 9 PM and before the hours of 6 AM when such application was applied for, also that
   through the investigation of your deponent ████ █████ and Jensen P. Schack knows that
   police have reason to believe he has illegal property; to wit; rifles, ammunition magazines
   and ammunition, while knowing that based upon deponent's training and experience he
   knows that those involved in illegal activities attempt to avoid apprehension by police and is
   reasonable certain that ███████ █████ and Jensen P. Schack will dispose of the illegally
   possessed property if not seized forthwith.

6) That no prior application for search warrant involving the above described persons and
   premises alleging the aforementioned facts has been sought or received by the applicant.

WHEREFORE, deponent respectfully requests that the Court pursuant to the authority vested in
it under Article 690 of the Criminal Procedure Law of the State of New York, issue a search
warrant directing a search for and a seizure of the above described property in or upon the above
designated or described place/vehicle.

4

Search Warrant Application – continued
Application of Lt. Todd Caufield
Page 05

Subscribed and Sworn to before me
This 2ⁿᵈ day of _March_ , 2018

_[signature]_ 11:30pm
Signature of Judge/Justice
David C. Alexander

_Cortland County Judge_
      Title

_[signature]_ Lt. Todd Caufield
      Police Officer

SUPPORTING DEPOSITION          COUNTY OF CORTLAND
STATE OF NEW YORK              CITY OF CORTLAND

I, Request to remain anonymous D/O/B, residing at Cortland County, New York, by this
Supporting Deposition, make the following allegations of fact :

Q- represents questions asked by Lieutenant Todd Caufield
A- represents answers given by Anonymous Source

Started: 2:35 PM


Q- Today is Friday March 2nd, 2018. You came to the Cortland County Sheriff's Office to make a

    report about a video and photos that I received on "Snap Chat". When you filed this report

    you wanted to remain anonymous is that correct?

A- Yes

Q- Can you tell me why you want to remain anonymous?

A- Because if word gets to him I don't want him to know who reported it to the police

Q- Who is him?

A- Jensen Schack

Q- How old is this Jensen Schack?

A- He graduated in 2016, so I would say he is about 20 to 21 years old

Q- Can you describe this Jensen Schack?

A- He is a white male, has red hair and red eyebrows, he appears to be medium height.

    He he has blue-greenish eyes, medium build

Q- How do you know this Jensen?

A- When I was in Junior High School in Cortland he associated with one of my friends

Q- How long ago was that?

A- Like 4 years ago

Q- Do you know where Jensen lives now or lived then?

A- I don't know where he lives now, but when he went to Cortland he lived in Cortland

Q- Have you ever been to his house?

A- No

Q- When was the last time you saw him in person?

1

A- About 4 years ago

Q- And you have no problem identifying him by this snapchat video and photographs?

A- No I don't, I can recognize him from the photos and video.

Q- Does he know that you follow him on snapchat?

A- Yes

Q- What does he go by on his snapchat name?

A- "Jenscn"

Q- When you follow someone on snapchat does that allow you to have his phone number?

A- No

Q- Do you have his phone number?

A- No

Q- Do you know who his family members are?

A- No, however I do know that he has a younger brother. He usually posts about him

Q- You provided the Cortland County Sheriff's Office with a video of a white male standing on a deck of what appears to be a house and shooting a long gun, do you know who that person is?

A- No I don't

Q- With that snapchat video there are 3 photos with that, do you know who are in those photos?

A- Yes, Jensen Schack

Q- In the video and the photos were there any words that went along with the video or photos?

A- The video had words that say "Cortland School Watch Out" and the first of the two photos had "wanna come take my guns? you better bring yours" . In the second photo it said "that snap was a joke please don't send the cops to my house" , in the third photo it said "mini me"

Q- In the snapchat photos was Jensen in both photos?

A- In the second photo he was, but the first photo was just of a gun.

Q- In the 3rd photo there are 2 subjects, do you know who they are?

A- Yes, Jensen and his little brother.

Q- Have you ever known Jensen to threaten anyone?

A- No

Q- Have you ever known Jensen to get into any trouble?

A- I don't know of any

2

Q- When you saw this snap chat video and photos how do you know they came from Jensen?

A- Because he posts on his own snap chat

Q- And that would be "Jensen"?

A- Yes

Q- What did you think when you saw this?

A- I thought that his joke was not funny, especially with what has been happening around the country.

Q- Do you know how many other people have received this same snap chat?

A- No

Q- Have you talked with anyone else about this?

A- Yes, just a friend of mine, who I don't want to mention

Q- Does Jensen know anything about you going to the police?

A- No

Q- Did you respond or did anyone else respond to the photos?

A- No

Q- Do you believe that Jensen is capable of doing something bad like this?

A- Yes

Q- Why do you believe that?

A- Because he has a gun and I know that he has a background of mental illness.

Q- How do you know about his mental illness?

A- A while back he was in the hospital, I believe he tried to kill himself

Q- When was that?

A- About 2 years ago

Q- How do you know that?

A- His instragram it showed him in a hospital gown and there were snapchats of him in the hospital. There were also rumors about what he did to get himself in there.

Q- Do you know what he did to try and hurt himself?

A- No

Q- Is there anything else that you would care to add that we have not discussed?

A- A minute ago when I looked on his snap chat Jensen has removed the video and photos from

3

his posting or his account.

Q- What would you take from that?

A- He is trying to hide it or he may have received word from other people telling him that this is

not a joke and that he should remove it.

Ended: 3:10 PM

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF
THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT,
TO KNOWINGLY MAKE A FALSE STATEMENT OR TO MAKE A STATEMENT WHICH
SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

X  3|2|18  3:13pm
SIGNATURE

Mother

3/2/18 3:1
Witness

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 2nd DAY OF March, 2018.

NAME: _____   TITLE:  Inv./ Lt.

4

SUPPORTING DEPOSITION                    COUNTY OF CORTLAND
STATE OF NEW YORK                        TOWN OF CORTLANDVILLE

I███████ ██████ ██████████████ residing at ███ ████████ ███Cortland , New
York, by this Supporting Deposition, make the following allegations of fact :

Q- represents questions asked by Lieutenant Todd Caufield
A- represents answers given by ████████ ██████

5:30 PM

Q- How long have you lived at your current address?

A- 6 years

Q- Are you currently employed?

A- Yes, through New York State

Q- Are you married?

A- No

Q- Do you have any children?

A- Yes, 1

Q- What is your child's name?

A- Jensen P. Schack

Q- What is Jensen's date of birth?

A- ███████████

Q- Can you describe Jensen for me?

A- He has red hair, slim build, about 5'-11", he has a tattoo of word on one of his wrists.

Q- Where does Jensen live?

A- With his father at ███ ████████████ in Plymouth New York

Q- How long has Jensen lived there?

A- About 1 year

Q- Where did Jensen attend school?

A- Cortland High 7-12 and K-6 in Norwich New York.

Q- Has Jensen been in trouble with law enforcement in the past?

A- He has never been arrested

1

Q- What is Jensen's fathers name?

A- ███████ ███████

Q- Do you know ███████ date of birth?

A- ███████

Q- Does ███████ work?

A- No

Q- Besides Jensen, who else lives with ███████?

A- There are 2 younger children who live half with the time with ███████ and the other half with
their mother.

Q- Can you describe ███████ for me?

A- About 5'-9", blonde hair, stocky build, off and on he will have a mustache or goatee. He also
has a bump or a lump in front of his right ear.

Q- Does ███████ own the house he lives in?

A- Yes

Q- What type of house is it?

A- A modular ranch style house

Q- How many floors does it have?

A- It is not a 2 floor but there is a loft in it.

Q- Does it have a basement?

A- I am not sure

Q- Are there any porches or decks attached to the house?

A- Yes, there is at least a deck on the front and it may wrap around the house.

Q- When was the last time you were at ███████ house?

A- November 2017

Q- Do you know the color of the house?

A- Grayish/Tan with blue shutters

Q- The last time you saw the house was there a garage?

A- No, there was not garage

Q- Is there any outbuildings?

A- There is at least one shed

Q- Is the driveway gravel or blacktop?

A- Gravel

Q- Does he have any dogs?

A- Yes, at least 2 dogs

Q- Do you know what type they may be?

A- One is a black lab and the other is a chocolate lab. They are females and are very aggressive

Q- How long have you known ██?

A- About 23 years

Q- You and ██ were married at one time?

A- Yes

Q- Does ██ hunt?

A- I do not know at this time, he used to.

Q- Have you ever known ██ to possess any weapons?

A- Yes

Q- What type of weapons?

A- Just guns to hunt with

Q- Were they long guns or handguns?

A- Long guns

Q- Does he have a pistol permit?

A- I do not know

Q- Have you ever known him to possess a handgun?

A- I don't recall

Q- What can you tell me about ██ and his hobbies, has he ever shown an interest in rifles or high powered rifles?

A- Yes, he has always had guns, he had a gun safe and a gun cabinet

Q- The last time that you were in ██ house do you know how many guns he may have had?

A- I don't know

Q- When you were together with ██ how many guns do you recall him possessing then?

A- 3 to 5

Q- And he used them to hunt with?

3

A- Yes

Q- What type of reception would ▮▮ have with law enforcement at his residence?

A- He likes to talk his way out of things, however he can be very combative

Q- Do you know if ▮▮ has ever been arrested?

A- I do not know the answer to that

Q- Do you know the name of ▮▮ girlfriend?

A- ▮▮▮▮

Q- Today (March 2nd, 2018) two Investigators from the Cortland County Sheriff's Office came to your residence and asked to speak with your son Jensen. You advised the Investigators that Jensen lives with his father ▮▮ ▮▮ in Plymouth New York (Chenango County). The Investigators showed you a photo of a subject holding a long gun and standing outside. The Investigator then asked you if you were familiar with the person in the photo and you indicated that it is ▮▮▮ is that correct?

A- Yes

Q- Is this the same ▮▮ ▮▮ that we have been discussing throughout this statement?

A- Yes

Q- Has ▮▮ ever been abusive?

A- Yes

Q- When was the last time you talked with ▮▮

A- Maybe about a month ago

Q- When was the last time you talked with Jensen?

A- On Facebook a couple of days ago

Q- Has Jensen ever been arrested?

A- No

Q- Has Jensen ever been treated for anything medically?

A- Yes

Q- Can you share with me what he was treated for?

A- He used to take ADHD medicine a long time ago

Q- Has Jensen ever been treated for aggression?

A- No

4

Q- Has Jensen received assistance in the past from any type of counselor?

A- Yes

Q- When was that?

A- 6 months ago maybe. He was going to talk with a counselor in Norwich and then he stopped.

Q- Does Jensen take medications if you know?

A- As far as I know he isn't taking anything right now

Q- Does Jensen possess any type of guns?

A- No

Q- How was Jensen treated when he was in school?

A- Okay. He was picked on, but not any more than the next kid.

Q- Has Jensen ever made threats to harm himself or anyone else in the past?

A- I don't know

Q- Have you ever suspected ██ of doing anything illegal?

A- Yes. I have seen ███ on several occasions possessing and using marijuana. He hunts illegally by shooting deer at night. Not properly tagging deer during deer season.

Q- Do you know ██ to sell marijuana or just possess it?

A- Both

Q- Does ██ grow it on his property?

A- In the past he has grown it but I am not sure about now.

Q- Is there anything that you would like to add to this statement that we have not discussed?

A- Not at this time

Q- Do you have any questions?

A- No


Ended: 7:00 PM

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.



SUBSCRIBED AND SWORN TO BEFORE ME
THIS 2nd DAY OF March, 2018.


NAME: _____ TITLE:___Inv./ Lt.

3/2/2018                                              IBM WebSphere Portal

eJusticeNY INTEGRATED JUSTICE PORTAL

Property • Gun • Assault Weapon Registry Inquiry [−] Feedback

**Assault Weapon Registration Inquiry**

⚠ No Matching Data Found

◉ Client ID  ⚫ Last Name  ⚫ Gun Serial Number  ⚫ Registration Number

349682446

Use * to match on a sequence of characters

Reason for Inquiry

S18-04105

Using 9 of 200 characters

SEARCH

30-Day Advisory File Entry

About  |  Site Map  |  Site Policies  |                                    March 2, 2018 7:40 PM EST

# Repository Inquiry

To: caufieldt For: Todd Caufield Case No:S18-04105 NYSID Number - 05434185M - CRI

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

**Identification   Summary   Criminal History   Job/License   Wanted   Missing**

## ◉ Attention - Important Information ♦

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

## ◉ Identification Information ♦



Civil Image
Date March 29, 2016

**Name:**

██████ ████ ██ ████
██ ████

**Date of Birth:**

██ ██ ████ ██ ██

**Place of Birth :**

New York

**Address:**

████████ ████ ▇, PLYMOUTH, NY 13832
███ ███ ▇, PLYMOUTH, NY 13832
███ ███ ▇, PLYMOUTH, NY 13832
█████████ ▇, CARTHAGE, NY

| Sex: | Race: | Ethnicity: | Skin Tone: |
|------|-------|-----------|-----------|
| Male | White | Not Hispanic | Light |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Blue | Blonde | 5' 10" | 220 |

**SSN:**

███-0270

| **NYSID#:** | **FBI#:** | **NCIC Classification#:** |
|-------------|-----------|---------------------------|
| 05434185M | 829376DA1 | 180610POPO13XM09PIPI |

**III Status:** Criminal record in NYS only

**US Citizen:**   Unknown

## ❦ Summary Information ⚑

**Total Arrests: 2**     **Date of Earliest Arrest: April 20, 1985**     **Latest Prior Arrest Date: July 21, 1986**

| Total Arrests: | 2 |
|---|---|
| Felony: | 0 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 2 |
| Other: | 0 |

| Total Arraigned Arrests: | 0 |
|---|---|
| Felony: | 0 |
| Violent Felony: | 0 |
| Firearm: | 0 |
| Misdemeanor: | 0 |
| Other: | 0 |

| Total Open Cases: | 0 | Cycles (max 5) |
|---|---|---|
| Felony: | 0 | |
| Violent Felony: | 0 | |
| Misdemeanor: | 0 | |
| Other: | 0 | |
| Open ACD: | 0 | |
| Non Docketed Cases: | 0 | |

| Total Convictions: | 1 | Cycles (max 5) |
|---|---|---|
| Felony: | 0 | |
| Violent Felony: | 0 | |
| Firearm: | 0 | |
| Misdemeanor: | 0 | |
| Other: | 1 | 2 |
| YO Adjud.: | 0 | |

| Warrant Information: | | Cycles (max 5) |
|---|---|---|
| Failure to Appear Counts: | 0 | |
| Total Open: | 0 | |
| Active NYC: | 0 | |

| DOC Classification: | | Cycles (max 5) |
|---|---|---|
| Escape Charges: | 0 | |
| Sex Offender Convictions: | 0 | |
| Probation Revoc: | 0 | |
| Parole Revoc: | 0 | |

## ❦ NYS Criminal History Information ⚑

### ⬇ Cycle 2

### Arrest/Charge Information
Arrest Date: July 21, 1986 06:00 pm (18:00:00)

| | |
|---|---|
| Name: | ███████ ██████ |
| Date of Birth: | ███ ██ ██ |
| Sex: | Male |
| Race: | White |
| SSN: | ████-0270 |
| Age at time of crime/arrest: | 18 |
| Address: | ██ ████████ ██ █████████, NY |
| Place of Arrest: | Village of Carthage, Jefferson County, NY |
| Arrest Type: | Warrant |
| Date of Crime: | July 19, 1986 |
| Place of Crime: | Village of Carthage, Jefferson County, NY |
| Criminal Justice Tracking No.: | 08866647Z |
| Arresting Agency: | Carthage Village Police Department |
| Arresting Officer ID: | 022 |
| Arrest Number: | 00009860 |

Arrest Charges:

    -- Petit Larceny
      PL 155.25    Class A Misdemeanor Degree 0 NCIC 2399

**Court Case Information**

--Court: <u>Carthage Village Court</u>   Case Number: PL-166-8

August 11, 1986
**Convicted Upon Plea Of Guilty**

-- Disorderly Conduct
PL 240.20   Violation NCIC 5311

**Sentenced to:**   Term: 10 Day(s)
**Sentence Date:** August 11, 1986

---

## Cycle 1 ☚

**Arrest/Charge Information**
Arrest Date: April 20, 1985 10:45 pm (22:45:00)

| | |
|---|---|
| Name: | ███████ ████ |
| Date of Birth: | ██ ██ ██ |
| Sex: | Male |
| Race: | White |
| Age at time of crime/arrest: | 16 |
| Address: | ████████ █ CARTHAGE, NY |
| Place of Arrest: | Village of Carthage, Jefferson County, NY |
| Arrest Type: | Unknown |
| Date of Crime: | April 20, 1985 |
| Place of Crime: | Village of Carthage, Jefferson County, NY |
| Criminal Justice Tracking No.: | 08550516J |
| Arresting Agency: | <u>NYSP Watertown</u> |
| Arresting Officer ID: | 1079 |
| Arrest Number: | 0583D332 |

**Arrest Charges:**

-- Petit Larceny
PL 155.25   Class A Misdemeanor Degree 0 NCIC 2399

-- Resisting Arrest
PL 205.30   Class A Misdemeanor Degree 0 NCIC 4801

**Court Case Information**

--Court: <u>Carthage Village Court</u>   Case Number: PL 421-2

June 04, 1985
**Dismissed**

-- Petit Larceny
PL 155.25   Class A Misdemeanor NCIC 2399

-- Resisting Arrest

    PL 205.30    Class A Misdemeanor NCIC 4801

---

## ⦿ Other History Related Information ♠

There is no Other History Related Information associated with this history.

---

## ⦿ Job/License Information ♠

### Civil Information

| | |
|---|---|
| **Type of Application:** | Correction Officer |
| **Name:** | ███████████████ |
| **Date of Birth:** | |
| **Country of Citizenship:** | USA |
| **Ethnicity:** | Not Hispanic |
| **SSN:** | ████-0270 |
| **Address:** | ███ ████████ ██ PLYMOUTH, NY 13832 |
| **Agency ID:** | 25831-93 |
| **Date of Application:** | March 29, 2016 |
| **Application Agency:** | NYS DOCCS Employee Investigation Unit |
| **Application Number:** | 25831-93 |

| | |
|---|---|
| **Type of Application:** | Employee Applicant |
| **Name:** | ███████████████ |
| **Date of Birth:** | ███ ██ ███ |
| **SSN:** | █████0270 |
| **Address:** | ██ █████ ████ ██ PLYMOUTH, NY 13832 |
| **Agency ID:** | 51940 |
| **Date of Application:** | July 02, 2013 |
| **Application Agency:** | NYS OPWDD Criminal Background Check Unit |
| **Application Number:** | 51940 |
| **Driver's License:** | 349682446 |

| | |
|---|---|
| **Type of Application:** | Employee Applicant |
| **Name:** | ██████████ |
| **Date of Birth:** | ███ ██ ███ |
| **SSN:** | ████-0270 |
| **Address:** | ██ ██ ████ PLYMOUTH, NY 13832 |
| **Agency ID:** | 51940 |
| **Date of Application:** | October 29, 2012 |
| **Application Agency:** | NYS OPWDD Criminal Background Check Unit |
| **Application Number:** | 51940 |
| **Driver's License:** | 349682446 |

| | |
|---|---|
| **Type of Application:** | Correction Officer |

| | |
|---|---|
| Name: | ███ █ SCHACK |
| Date of Birth: | ███ ██ 1968 |
| Ethnicity: | Not Hispanic |
| SSN: | ███-0270 |
| Address: | ██ ████ █ PLYMOUTH, NY 13832 |
| Agency ID: | 2482566 |
| Date of Application: | March 11, 2008 |
| Application Agency: | NYS DOCCS Employee Investigation Unit |
| Application Number: | 2482566 |

---

## ● Wanted Information ♠

There is no NYS Wanted Information associated with this history.

---

## ● Missing Person Information ♠

There is no NYS Missing Information associated with this history.

---

## ● Additional Information ♠

Sentencing - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

Caution: Identification not based on fingerprint comparison. This record was produced as the result of an inquiry.

According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.

---

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. Destroy after use and request an updated rap sheet for subsequent needs. All information presented herein is as complete as the data furnished to DCJS.

SEARCH WARRANT
C.P.L. 690.45

### SEARCH WARRANT

STATE OF NEW YORK
COUNTY OF CHENANGO
TOWN OF PLYMOUTH

To any Police Officer of the
CORTLAND COUNTY SHERIFF'S OFFICE
CHENANGO COUNTY SHERIFF'S OFFICE
MADISON COUNTY SHERIFF'S OFFICE

YOU ARE HEREBY directed to search:

The residence of ████ ████ and Jensen P. Schack, located at ████████████ █
Plymouth, ██████████████ ████ , New York, further located and described as
follows: the sixth residence on the left hand side of ████████ █ as you travel North from the
intersection of ███ ███ ███ A grayish/tan vinyl sided residence with blue shutters and white
trim. There is the number of ███ affixed to the front of the residence and to the left of the front
door. The residence is a modular ranch style home. There is a wooden framed deck on the front
of the residence that wraps around to the north side of said residence. The driveway is gravel that
leads to the residence

for the following property:

PROPERTY UNLAWFULLY POSSESSED; to wit; cell phone of Jensen P. Schack, rifles,
ammunition magazines, ammunition possessed in violation of the New York State Penal Law
Sections 400 subdivision 16(a) and 265.01 subdivision-b.

IF ANY SUCH PROPERTY IS FOUND, you are directed to seize the same and, without
unnecessary delay, return and deliver to this court such property together with this warrant.

YOU ARE DIRECTED TO EXECUTE THIS SERACH WARRANT:

* AT ANY TIME DAY OR NIGHT

* YOU ARE AUTHORIZED, IN THE EXECUTION OF THIS WARRANT, TO ENTER THE
  PREMISES TO BE SEARCHED WITHOUT GIVING NOTICE OF YOUR AUTHORITY
  AND PURPOSE.

This search warrant issued this 2nd day of _March_   2018

_David C. Alexander_   11:30pm

David C. Alexander.

(Signature of Judge or Justice)

_Coeur d'Alene County Judge_   (Title)



Cortland highschool watch out.







# EXHIBIT 2

## Cortland County Sheriff's Office
### Evidence Work Sheet

| Case No. S18-04105 | Subject – Search Warrant executed at # ███ █r█ █ad █r█ Plymouth NY 13832,(Chenango County) on the date of 03/03/2018 | | | PAGE 1 OF 1 PAGES. | |
|---|---|---|---|---|---|
| **Evidence No.** | **Evidence Description** | **Location Found** | **Found By** | **Date Time** | **Collected By** |
| LR1 | Qty. 1 – Hyperion Arms and Ammo Model HCA-15 Multi, HA100034 – Semi Automatic AR Style Rifle, cal. 5.56 NATO | Living Room | Inv./Sgt. Mark G. Starner | 03/03/18 – 0842 hrs. | Inv./Sgt. Mark G. Starner |
| LR2 | Qty. 2 – Meanarms.com 5.56 caliber AR Rifle Magazine Ammo Loaders, each containing qty. 6 live rounds of 5.56 cal. Ammunition (Qty. 12 rounds of live ammo) | Living Room | Inv./Sgt. Mark G. Starner | 03/03/18 – 0842 hrs. | Inv./Sgt. Mark G. Starner |
| B1 | Qty. 1 – Partial Box of Federal 5.56 x 45 mm, 55 grain FMJ Ball w/ Stripper clips in green steel ammo box, Containing 380 live rounds of ammunition | Basement | Inv./Sgt. Mark G. Starner | 03/03/18 – 0853 hrs. | Inv./Sgt. Mark G. Starner |
| BR1 | Qty. 1 – Samsung Galaxy S6, Verizon 4Glte cellular phone, color black | Bedroom #1 | Inv./Sgt. Mark G. Starner | 03/03/18 - 0849 hrs. | Inv./Sgt. Mark G. Starner |
| BR2 | Qty. 1 – Lime Green Composition Note Book | Bedroom #1 | Inv./Sgt. Mark G. Starner | 03/03/18 -0905 hrs. | Inv./Sgt. Mark G. Starner |
| SWCard | Qty. 5   – Cortland County Sheriff's Office Search Warrant Cards – completed | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**PAGE 1 OF 1 PAGES.**

# EXHIBIT 3



GOVERNMENT
EXHIBIT
3

# EXHIBIT 4







